# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PATRICIA COCHRAN, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 14-2165 |
| TYSHWAN JACKSON, | : | |
| Defendant. | : | |

## O R D E R

**AND NOW**, this 8th day of June, 2015, upon consideration of Plaintiff, Patricia Cochran's ("Plaintiff"), "Motion In Limine to Preclude the Expert Report and Expert Testimony of Dr. Ryan K. Lee" (Doc. No. 14), and Defendant, Tyshwan Jackson's, Response in Opposition, it is hereby **ORDERED** that Plaintiff's Motion is **DENIED.**

It is **FURTHER ORDERED** that Plaintiff is granted a period of three weeks from the date of this Order to depose Dr. Lee on a date and time agreed upon by both parties.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE