IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PATRICIA COCHRAN, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 14-2165 |
| TYSHWAN JACKSON, | : | |
| Defendant. | : | |

# ORDER

**AND NOW**, this   31st   day of August, 2015, upon consideration of Plaintiff, Patricia Cochran's, "Motion for a New Trial Pursuant to F.R.C.P. 59" (Doc. No. 32), and Defendant, Tyshwan Jackson's, "Response in Opposition to Plaintiff's Motion for a New Trial" (Doc. No. 33), it is hereby **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE